UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE DAWKINS, | Civil Action No. 07-1186 (FLW) |
| Plaintiff, | |
| v. | **ORDER** |
| BRISTOL-MYERS SQUIBB COMPANY, et al., | |
| Defendants. | |

**THIS MATTER** having been opened to the Court upon the Magistrate Judge's Report and Recommendation dated April 13, 2012; it appearing that the Report and Recommendation was sent to Plaintiff George Dawkins ("Plaintiff) via certified mail and filed electronically; it appearing that to date, the parties have not objected to the Magistrate Judge's findings; it appearing that the Magistrate Judge recommends that this case be dismissed without prejudice based upon Plaintiff's failure to prosecute pursuant to Poulis v. State Farm Casualty Co., 747 F.2d 863 (3d Cir. 1984); it appearing that the Magistrate Judge reasons that under the Poulis factors, Plaintiff is solely responsible for his failure to comply with court orders and to prosecute his case, and that he has a history of dilatoriness; that Plaintiff's failure has significantly prejudiced Defendants; and that Plaintiff's conduct is willful; it appearing that having reviewed the circumstances underlying the Magistrate Judge's findings, it is the Opinion of this Court that the Report makes the appropriate recommendations and therefore, for the reasons stated herein and for good cause shown,

**IT IS** on this 4th day of May, 2012,

**ORDERED** that the Report and Recommendation of Magistrate Judge Bongiovanni is

hereby adopted; and it is further

      **ORDERED** that this case is dismissed without prejudice.


                                                        /s/  Freda L. Wolfson  
                                                  The Honorable Freda L. Wolfson,  
                                                  United States District Judge